749 A.2d 367

UNITED JERSEY BANK, PLAINTIFF–RESPONDENT, v.
TODD SIEGMEISTER, DEFENDANT–PETITIONER.

March 28, 2000.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, for consideration of the factors required by *Beneficial of New Jersey v. Bullock*, 293 *N.J.Super.* 109, 679 *A.*2d 723, (App.Div. 1996) before entry of a default judgment against an inmate for failure to appear at trial.